[No. 22182-9-II.    Division Two.    July 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMEKO HOLLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-8-00144-0, James E.F.X. Warme, J., entered June 25, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 37270-0-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE ROBERT KUHN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08086-1, Richard M. Ishikawa, J., entered September 8, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 38403-1-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROCHELLE D. GRACE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04430-8, Steven G. Scott, J., entered March 29, 1996. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Coleman and Grosse, JJ.

[No. 39209-3-I.    Division One.    July 13, 1998.]

ELSA GHEBREMICHALE, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-12099-7, Sally Phillips Pasette, J., entered July 22, 1996. *Reversed* by unpublished opinion per Kennedy, C.J., concurred in by Coleman and Cox, JJ. Now published at 92 Wn. App. 567.